**Patricia McCOLLUM,**
**Appellant/Employee,**

v.

**MALLINCKRODT MEDICAL INC.,**
**Respondent/Employer.**

**No. ED 79890.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 2, 2002.

Suzanne M. Besnia, St. Louis, MO, for appellant.

John P. Kafoury, St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Appellant Patricia McCollum ("Claimant") appeals from the final award of the Labor and Industrial Relations Commission ("Commission") denying compensation.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).